IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIA J. JARAMILLO,

        **Plaintiff,**

v.                                            No. CIV-11-0341 JAP/LAM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition* (*Doc. 25*) filed on July 31, 2012, which recommended granting in part and denying in part Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (*Doc. 20*). No party has filed objections to the *Proposed Findings and Recommended Disposition* (*Doc. 25*) and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 25*); grant in part and deny in part Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (*Doc. 20*); and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 25*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (*Doc. 20*) is **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition* (*Doc. 25*) and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE JAMES A. PARKER**
**SENIOR UNITED STATES DISTRICT JUDGE**